

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ FEB 21 2012 ★

LONG ISLAND OFFICE

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
100 FEDERAL PLAZA
CENTRAL ISLIP, N Y 11722-9014

DOUGLAS C. PALMER, CLERK
CAROL McMAHON, CHIEF DEPUTY FOR L.I.

www.nyed.uscourts.gov

February 21, 2012

Luis Alberto Chiari
290 Tree Rd.
Centereach, NY 11710

Re: CV-12-0598 (SJF)(AKT)
Chiari v. NYRA

Dear *Pro Se* Litigant:

    This will acknowledge receipt of your Civil Complaint. The case has been docketed under the above number and assigned to the Honorable Sandra J. Feuerstein and Magistrate Judge A. Kathleen Tomlinson. Please be advised of the following:

    -it is your responsibility to ensure that documents filed with this Court comply with the Federal Rules of Civil Procedure, the Local Rules of the Eastern District of New York, and the Judges' Individual Practice Rules. The Local Rules and the Judges' Individual Practice Rules are available at www.nyed.uscourts.gov ;

    -documents submitted for filing should be originals and must contain your signature, case number, name of case and assigned judge;

    -pursuant to Federal Rules of Civil Procedure 5.2, the filing party shall not include personal information in filings as follows: (a) if an individual's social security number must be included in a document, only the last four digits of that number shall be used; (b) if the involvement of a minor child must be mentioned, only the initials of that child shall be used; (c) if an individual's date of birth must be included in a document, only the year shall be used (d) if financial account numbers are relevant, only the last four digits of these numbers shall be used;

    -an affidavit or affirmation of service must be included with all documents sent in for filing;

    -all documents should be sent to the *Pro Se* Office at the Central Islip Courthouse. DO NOT send any paperwork directly to chambers unless directed to do so by the Judge;

    -it is your duty to keep this office informed of any change of address; failure to do so may result in your case being dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b); a change of address form is enclosed.

    - it is your responsibility to retain copies of any documents you file, as well as copies of documents mailed to you by opposing counsel or the Clerk, and monitor the progress of your action yourself.

    Very truly yours,

    Douglas C. Palmer
    Clerk of Court

    By: /s/ C.Vukovich
    *Pro Se* Paralegal

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------- X

                            Plaintiff,

                Case No. _____

      -against-

                Judge: _____

                           Defendant.
-------------------------------------------------- X

PLEASE BE ADVISED THAT MY NEW ADDRESS IS:

NUMBER AND STREET: _____

CITY: _____ STATE: _____

ZIP CODE: _____ TELEPHONE NO: _____

IF APPLICABLE:

PRISON: _____ PRISONER ID# _____

EFFECTIVE DATE OF CHANGE: _____

DATED: _____

_____
SIGNATURE

_____
PRINTED NAME

_____
PRESENT ADDRESS

_____