## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



PLEASE REPLY TO:

PRO SE OFFICE / LONG ISLAND
100 FEDERAL PLAZA

P.O. BOX 9014
CENTRAL ISLIP, NY 11722-9014

PH: 631-712-6060

TO: Luis Alberto Chiari
290 Tree Road
Centereach, NY 11720

FROM: Pro Se Office, E.D.N.Y.
By:/s/C.Vukovich

DATE: February 23, 2012

SUBJECT: 12-CV-0598 (SJF)(AKT)
Chiari v. NYRA

FILED
IN CLERK'S OFFICE
US DISTRICT COURT EDNY

★ FEB 23 2012 ★

LONG ISLAND OFFICE

Enclosed please find a courtesy copy of the Pro Se Manual.

The Pro Se Office distributes one free copy of the Pro Se Manual to each pro se litigant who has been granted in forma pauperis status pursuant to 28 USC § 1915(a). Be advised that:

- In actions with multiple plaintiffs, one copy of the manual will be mailed to the first named plaintiff. Additional copies may be purchased from the Clerk's Office for $15.

- The manual is provided to a pro se litigant bringing a civil action, but will not be provided to litigants who file the following actions: a petition for a writ of habeas corpus under 28 USC § 2241, 2254, or 2255; a return of property motion or any other type of motion under a criminal docket number; a social security case;

- A manual will not be provided to a litigant if the case is sua sponte dismissed or transferred to another district court;

- Only one free manual will be given to each litigant, regardless of the number of actions filed; and

- Any member of the public may purchase a manual from the Clerk's Office for $15.

enc.

# NOTICE

Please note that the enclosed manual was published by the Southern District of New York (SDNY) and it should be used as a guide only. While most of the Local Rules and practices in the Eastern District of New York (EDNY) are consistent with those in the SDNY, it is your responsibility to ensure that papers submitted for filing are in compliance with the rules and practices of the EDNY.

Note, also, that the contact information in this manual is for the SDNY. Papers submitted for filing in your action should be mailed to:

**Pro Se Office**
**United States District Court, EDNY**
**100 Federal Plaza**
**Central Islip, NY   11722**

Last, the telephone number for the *Pro Se* Office is:

**(631)712-6060**