**RECEIVED**
IN CHAMBERS OF
A. KATHLEEN TOMLINSON

★ JUN 06 2012 ★

TIME A.M. _____
P.M. _____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

------------------------------------------X

LUIS ALBERTO CHIARI

        Plaintiff;

                        Case No. 12-cv-0598 (SJK) (AKT)

    -Against-

NEW YORK RACING ASSOCIATION INC.,

        Defendant.

------------------------------------------X

## PLANTIFF'S RESPONDING TO HONORABLE U.S. MAGISTRATE JUDGE: A. KATHELEEN TOMLINSON AFTER THE RULINGS THAT WERE SET ON THE INITIAL CONFERNCE.

After careful consideration, I will obtain testimony from my potential deponents by way of writing questionnaires to be answer by the witness under oath.

THE UNITED STATES DISTRICT COURT

EASTER DISTRICT OF NEW YORK:

CASE NO. 12-CV-0598 (SJK) (AKT)

*Luis A. Chiari* (signature)

**PLAINTIFF'S AFFIDAVIT OF SERVICE BY MAIL**

PLAINTIFF ANSWER TO HONORABLE U.S. MAGISTRATE JUDGE: A. KATHELEEN TOMLINSON IN REGARDS TO A DEPOSITION BY QUESTIONAIRE THE WITNESS ONTHER OATH.

State of New York :

County of Nassau ; ss.

**BEFORE ME**, the undersigned Notary: Karren E Palermo on this day 4th of Jun 4th 2012, personally appeared LUIS ALBERTO CHIARI, 290 tree rd Centereach, New York 11720. Personally known to me to be credible person and of lawful age, and who was by me first duly sworn, and on her oath, depose and says:

I am over 18 years of age and the Pro Se Plaintiff in the above action. On May 23, we had an initial conference in which I was requested to state the way I will carry my deposition under oath.

Serve written questions to be answer by witness under oath.

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

100 FEDERAL PLAZA

CENTRAL ISLIP, NY 11722-9014

At 110 Covert Ave, Stewart Manor on 4th June, 2012

_Karren E Palermo_ (signature)

NOTARY PUBLIC

My commission Expire _____

KARREN E. PALERMO
NOTARY PUBLIC, State of New York
No. 30-4653032
Qualified in Nassau County
Commission Expires 8/31/13

LUIS CHIARI
290 TREE RD
CENTEREACH N.Y. 11720

UNITED STATES
EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP FEDERAL PLAZA
CENTRAL ISLIP, NY 11722-9014